USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK,

                Plaintiffs,

-against-

VANESSA DECATUS AS TRUSTEE FOR VANESSA DECATUS TRUST/ESTATE,

                Defendants.

---

23-MC-0113 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    Vanessa Decatus, who is appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the "Vanessa Decatus Trust/Estate."[1] (ECF 1, at 1.) The submission is captioned as a notice in a criminal matter before the New York State Supreme Court, Bronx County, and lists the People of the State of New York as the plaintiff and Decatus as the defendant. Decatus also submitted a "Miscellaneous Case Cover Sheet" in which she indicates that she is bringing claims arising out of the state-court criminal matter. (ECF 2.) Because the nature of Decatus's filings do not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

    The Clerk of Court is directed to open this case as a new civil action with Decatus listed as the plaintiff and the People of the State of New York listed as the defendant. The Clerk of Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

---

[1] Decatus paid the $49.00 fee to file a miscellaneous case in this court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:  New York, New York

                                                                              _____  05/01/2023
                                                                                   VALERIE CAPRONI
                                                                              United States District Judge